**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

GILBERTO JOSE RENGIFO RODRIGUEZ,

*Petitioner*,

vs.

MATTHEW PUTRA, in his official capacity, Acting Field Office Director, Detroit Field Office, Immigration and Customs Enforcement, *et al.*,

*Respondents*.

Case No. 1:26-cv-768

Judge Jeffery P. Hopkins

## SCHEDULING ORDER

The Court previously ordered the parties to confer and propose a case schedule. Doc. 5. Based on that joint proposal (Doc. 7), the Court sets the following schedule:

**PERTINENT SETTINGS**

- Respondents' Return of Writ due: **August 28, 2026**
- Petitioner's Reply due: **September 2, 2026**

**IT IS SO ORDERED**.

August 24, 2026

Jeffery P. Hopkins
United States District Judge